No. 79–283.  GIBBONS v. UNITED STATES; and

No. 79–5256.  PERRY v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 602 F. 2d 1044.

No. 79–330.  MATSUI ET AL. v. PARKER, ACTING COMMISSIONER OF PATENTS AND TRADEMARKS.  C. A. D. C. Cir. Certiorari denied.

No. 79–332.  MEDDOWS v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 79–350.  BUCK, SECRETARY OF HEALTH AND MENTAL HYGIENE OF MARYLAND v. KIMBLE ET AL.  C. A. 4th Cir. Certiorari denied.

No. 79–380.  WHITAKER ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 79–417.  FIRST NATIONAL BANK OF MONTEREY v. FIRST UNION BANK & TRUST COMPANY OF WINAMAC, INDIANA, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 79–426.  MOELLER v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 79–437.  MAHONEY, CORRECTIONAL SUPERINTENDENT v. WYNN.  C. A. 4th Cir.  Certiorari denied.

No. 79–439.  WHITE v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of San Diego.  Certiorari denied.

No. 79–443.  QUAM v. MOBIL OIL CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.